IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES ALFRED SMITH, JR.,
JONATHAN WINN, KAMAAL ALLEN,
MARTINEZ M. EDWARDS,
DEVONTE MITCHELL,                              Case No.  23-cv-261-wmc
ROMELE WALLACE, and
EQUANTEZ SLOAN,

    Plaintiff,

v.

SECRETARY KEVIN A. CARR,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

| /s/ Deputy Clerk | June 20, 2023 |
|---|---|
| Joel Turner, Clerk of Court | Date |