IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES ALFRED SMITH, JR.,
JONATHAN WINN, KAMAAL ALLEN,
MARTINEZ M. EDWARDS,
DEVONTE MITCHELL,
ROMELE WALLACE, and
EQUANTEZ SLOAN,

    Plaintiffs,

  v.

SECRETARY KEVIN A. CARR,

    Defendants.

Case No. 23-cv-261-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ Deputy Clerk | July 31, 2023 |
|---|---|
| Joel Turner, Clerk of Court | Date |